**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re*: Application Pursuant to 28 U.S.C. § 1782 of<br>THE REPUBLIC OF THE GAMBIA<br>Attorney General's Chambers<br>Ministry of Justice<br>Marina Parade<br>Banjul<br>The Gambia<br><br>                      Petitioner,<br><br>               - to take discovery of -<br><br>TWITTER, INC.<br>800 Connecticut Avenue, NW<br>Suite 500<br>Washington, DC 20006<br><br>                      Respondent. | No. 20-mc-28 |

**APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO
<u>28 U.S.C. § 1782</u>**

Based upon the accompanying memorandum of law and the declaration of Paul S. Reichler, the Republic of The Gambia ("The Gambia"), a sovereign State located on the coast of West Africa, respectfully moves for an order pursuant to 28 U.S.C. § 1782 to allow it to issue subpoenas pursuant to Federal Rules of Civil Procedure 26, 30, 34 and 45 directing Twitter, Inc. ("Twitter") to produce documents and submit to a deposition for use in connection with an action brought by the Republic of The Gambia against the Republic of the Union of Myanmar in the International Court of Justice in The Hague, The Netherlands (the "ICJ"). That case, which was

- 1 -

commenced on November 11, 2019, is styled *The Gambia v. Myanmar (Application of the Convention on the Prevention and Punishment of the Crime of Genocide)*.

As explained in the accompanying memorandum of law, the Gambia's application satisfies all three statutory requirements necessary to obtain discovery under § 1782. *See In Re Veiga*, 746 F. Supp. 2d 8, 17 (D.D.C. 2010) ("A district court has the authority to grant an application when three conditions are met: (1) the person from whom discovery is sought resides or is found within the district; (2) the discovery is for use in a proceeding before a foreign or international tribunal; and (3) the application is made by an interested person."). Specifically, Twitter is located or found in the District of Columbia; The Gambia seeks this discovery for use in a proceeding pending before an international tribunal, the ICJ; and The Gambia is an "interested person," as a litigant in the ICJ proceedings.

In addition, the four discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004), all weigh in favor of granting this Application. Twitter is not a party to the proceedings before the ICJ; the ICJ is not opposed to this form of discovery; The Gambia is not concealing an attempt to circumvent the requirements of the ICJ; and the discovery sought is narrowly tailored so as not to be unduly burdensome to the Respondent.

Thus, the Republic of The Gambia respectfully requests this Court to enter an order:

1. Granting The Gambia's Application for discovery from Twitter pursuant to 28 U.S.C. § 1782;

2. Authorizing The Gambia to take discovery from Twitter relating to the issues identified in its Application, including issuing subpoenas for a deposition and the production of documents in the form attached to the proposed order at Schedule A;

3. Directing Twitter to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4. Appointing the undersigned to issue, sign and serve such subpoenas upon Twitter.

Dated: May 4, 2020

Respectfully submitted,

THE REPUBLIC OF THE GAMBIA

By its attorneys,

/s/ Paul S. Reichler
Paul S. Reichler (D.C. Bar No. 185116)
PReichler@foleyhoag.com
M. Arsalan Suleman (D.C. Bar No. 1602486)
ASuleman@foleyhoag.com
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel:  202-223-1200
Fax: 202-785-6687

Andrew B. Loewenstein (D.C. Bar No. MA0018)
aloewenstein@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel:  617-832-1000
Fax: 617-832-7000

*Counsel for Applicant, Republic of The Gambia*