AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| The Republic of The Gambia ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-mc-28 |
| Twitter, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Republic of The Gambia .

Date:  05/04/2020

/s/ Andrew B. Loewenstein
*Attorney's signature*

Andrew B. Loewenstein (Bar No. MA0018)
*Printed name and bar number*

Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
*Address*

aloewenstein@foleyhoag.com
*E-mail address*

(617) 832-1000
*Telephone number*

(617) 832-7000
*FAX number*