# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In re*:  Application Pursuant to 28 U.S.C. § 1782 of THE REPUBLIC OF THE GAMBIA,<br><br>Petitioner,<br><br>- to take discovery of -<br><br><br>TWITTER, INC.,<br><br>Respondent. | No. 1:20-mc-0028-JDB |

## NOTICE OF WITHDRAWAL OF APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Please take notice that Petitioner the Republic of The Gambia hereby respectfully withdraws its application for an order pursuant to 28 U.S.C. § 1782 to allow it to issue subpoenas pursuant to Federal Rules of Civil Procedure 26, 30, 34 and 45 directing Twitter, Inc. to produce documents and submit to a deposition for use in connection with an action brought by the Republic of The Gambia against the Republic of the Union of Myanmar in the International Court of Justice in The Hague, The Netherlands.

Dated: May 18, 2020

Respectfully submitted,

THE REPUBLIC OF THE GAMBIA

By its attorneys,

/s/ Paul S. Reichler
Paul S. Reichler (D.C. Bar No. 185116)
PReichler@foleyhoag.com
M. Arsalan Suleman (D.C. Bar No. 1602486)
ASuleman@foleyhoag.com
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel:  202-223-1200
Fax: 202-785-6687

Andrew B. Loewenstein (D.C. Bar No. MA0018)
aloewenstein@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel:  617-832-1000
Fax: 617-832-7000

*Counsel for Applicant, Republic of The Gambia*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, I caused a true and correct copy of foregoing to be sent via Federal Express, overnight delivery, to the following addresses:

| | |
|---|---|
| Ms. Vijaya Gadde<br>General Counsel<br>Twitter, Inc.<br>1355 Market Street<br>Suite 900<br>San Francisco, CA 94103 | Twitter, Inc.<br>800 Connecticut Avenue, NW<br>Suite 500<br>Washington, DC 20006 |

/s/ Paul S. Reichler
Paul S. Reichler